■ In the Matter of JOHN ROBERT G., an Infant. TRACY T., Appellant; NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [648 NYS2d 368] —Order unanimously affirmed without costs. Memorandum: Family Court did not err in terminating respondent's parental rights and transferring custody and guardianship of the children to the Niagara County Department of Social Services. The evidence adduced at the hearing establishes that respondent did not comply with the conditions of the suspended judgment (*see, Matter of Willie W.,* 206 AD2d 868, *lv denied* 84 NY2d 809). (Appeal from Order of Niagara County Family Court, Halpin, J.—Terminate Parental Rights.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ In the Matter of ADAM MICHAEL G., an Infant. TRACY T., Appellant; NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [648 NYS2d 369] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of John Robert G.* (231 AD2d 939 [decided herewith]). (Appeal from Order of Niagara County Family Court, Halpin, J.—Terminate Parental Rights.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. FULLMER, Appellant. [648 NYS2d 369] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Green, Wesley, Doerr and Boehm, JJ.